Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JOHNSON CHIU

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNSON CHIU,<br><br>               Plaintiff,<br>v.<br><br>NELSON & KENNARD, a general partnership; and ROBERT SCOTT KENNARD, individually and in his official capacity,<br><br>               Defendants. | Case No. 3:12-CV-05364-CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

      COMES NOW the Plaintiff, JOHNSON CHIU, by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, JOHNSON CHIU, hereby dismisses, without prejudice, all claims made by him against Defendants, NELSON & KENNARD and ROBERT SCOTT KENNARD, in his Complaint filed herein on October 17, 2012.

Dated:  January 4, 2013                      /s/ Fred W. Schwinn
                                                                   Fred W. Schwinn, Esq.
                                                                   Attorney for Plaintiff
                                                                   JOHNSON CHIU